IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| 7421 W. 100TH PLACE CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 13 CV 4336 |
| v. ) | |
| ) | Judge Robert Blakey |
| VILLAGE OF BRIDGEVIEW, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION TO ADJUDICATE LIEN OF NICHOLAS DURIC**

Defendant, Village of Bridgeview, by its attorneys, Jane M. May and Benjamin M. Jacobi, requests that this court adjudicate the lien of the purported intervenor Nicholas Duric and in support thereof states as follows.

1. Plaintiff 7421 W. 100th Place Corp. and Defendant Village of Bridgeview settled this case on the eve of trial during a settlement conference that was held by this court on April 10, 2017. Among other things, the Plaintiff agreed to sign a general release of the Defendant and the Defendant agreed to pay a certain sum of money to Plaintiff within 30 days after execution of the release. The settlement is subject to approval by the Village Board.

2. On April 19, 2017, Nicholas Duric called defense counsel and proclaimed to have a lien and rights to settlement proceeds. Duric requested that "no proceeds be distributed or disbursed." (Ex. A, Email from Duric to Jacobi, dated 4.19.17.) On April 20, 2017, Duric filed an appearance in this case. (Doc. 284.) On April 25, 2017, Duric emailed to defense counsel a document titled, "Notice of and Claim of Lien." (Ex. B, Notice of Lien.) The document states, "You are hereby notified pursuant to the attached Notice of Appearance and Appearance the undersigned claims a lien upon any [and] all settlement proceeds and/or attorney's fees paid by

1

or on behalf of the Village of Bridgeview to Plaintiff or its attorneys in connection with the above captioned litigation." (Ex. B, Notice of Lien.) On April 26, defense counsel emailed Duric and requested that Duric advise the statutory or other legal basis for the lien. (Ex. C, Email from May to Duric, dated 4.26.17.) To date, Duric has not responded to that request.

3. Shortly following the settlement conference, Defendant provided a draft settlement agreement to Plaintiff. Plaintiff executed the settlement agreement on April 21, 2017. Given Duric's claim of lien, the Defendant is withholding finalizing the settlement and making payment until the lien is adjudicated.

4. On April 27, 2017, Duric filed a motion in this case for permissive intervention under Rule 24(b). That motion has been noticed up for the next status date of June 13, 2017. (Doc. 285, 286.)

5. Defendant and its insurance carrier wish to finalize settlement and close this file, but cannot until Duric's lien is adjudicated. Further, the settlement agreement requires the Defendant to pay the settlement proceeds within 30 days of receiving the executed settlement agreement, but Defendant cannot pay until liens are adjudicated. Defendant requests that this court adjudicate Duric's purported lien.

WHEREFORE, Defendant the Village of Bridgeview requests that this court adjudicate the lien asserted by Nicholas Duric over the settlement in this case and for any further relief this court deems necessary and appropriate.

[signature page follows]

        Respectfully submitted,

        **VILLAGE OF BRIDGEVIEW**

By:   *s/Benjamin M. Jacobi*
       One of its attorneys

Jane M. May, #6207760
Benjamin M. Jacobi, #6296811
O'Halloran Kosoff Geitner & Cook, LLC
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Phone: 847/291-0200
Fax: 847/291-9230
Email: bjacobi@okgc.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| 7421 W. 100^(TH) PLACE CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 13 CV 4336 |
| v. ) | |
| ) | Judge Robert Blakey |
| VILLAGE OF BRIDGEVIEW, ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2017, I electronically filed Defendant's Motion to Adjudicate the Lien of Nicholas Duric with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF registered participant(s):

| Michael G. Cainkar | Gary S. Perlman | Joseph L. Cainkar |
| mc@lfcltd.net | gp@lfcltd.net | jcainkar@aol.com |

and I will send notification to the following non-registered CM/ECF participant via U.S. Mail:

Anthony Klytta
Klytta & Klytta
1645 Birchwood
Des Plaines, IL 60016
anthonymdk@sbcglobal.net

**VILLAGE OF BRIDGEVIEW**

By: *s/Benjamin M. Jacobi*
Benjamin M. Jacobi, #6296811
O'Halloran Kosoff Geitner & Cook, LLC
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Phone: 847/291-0200
Fax: 847/291-9230
Email: bjacobi@okgc.com

4